**No. 11-6661. In re Michael Lee Swain, Petitioner.**

565 U.S. 975, 132 S. Ct. 539, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7626.

October 31, 2011. Petition for writ of habeas corpus denied.

**No. 11-6623. In re Jon M. Cox, Petitioner.**

565 U.S. 975, 132 S. Ct. 537, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7707.

October 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 11-5945. In re David Schied, Petitioner.**

565 U.S. 975, 132 S. Ct. 502, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7680,

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-6025. In re David Webb, Petitioner.**

565 U.S. 975, 132 S. Ct. 506, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7623.

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-6046. In re Douglas Robertson, Petitioner.**

565 U.S. 975, 132 S. Ct. 506, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7691.

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-6052. In re Jeffrey A. Pleasant, Petitioner.**

565 U.S. 976, 132 S. Ct. 507, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7658.

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-6075. In re Carl J. Bowens, Jr., Petitioner.**

565 U.S. 976, 132 S. Ct. 509, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7652.

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-6377. In re Anne Sears, Petitioner.**

565 U.S. 976, 132 S. Ct. 524, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7682.

October 31, 2011. Petition for writ of mandamus denied.

**No. 11-256. In re Eileen Vey, Petitioner.**

565 U.S. 976, 132 S. Ct. 508, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7710.

October 31, 2011. Petition for writ of mandamus and/or prohibition denied.